**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Roger Becker, Jill Bley, and Janel Nnaji,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Jostens, Inc.,<br><br>　　　　　　　　Defendant. | Court File No. 0:14-cv-05104-JRT-BRT<br><br>**DEFENDANT'S NOTICE OF HEARING ON MOTION TO SEVER CLAIMS** |

TO:　PLAINTIFFS, and their attorneys, Lawrence P. Schaefer, David McDonald and Peter Christian, SCHAEFER HALLEEN LLC, 412 South Fourth Street, Suite 1050, Minneapolis, MN 55415

PLEASE TAKE NOTICE that on the 27th day of April, 2015 at 4:00 p.m., before the Honorable Becky R. Thorson, Magistrate Judge of the United States District Court for the District of Minnesota, Courtroom 3A, Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota, 55101, Defendant Jostens, Inc., through its undersigned counsel, will bring a motion to sever Plaintiffs' claims pursuant Federal Rules of Civil Procedure 21 and 42, as set forth in its Motion to Sever.

Date: March 4, 2015

　　　　　　　　　　　　　　　　　　　*s/ Stephanie M. Laws*
　　　　　　　　　　　　　　　　　　　Kathryn Mrkonich Wilson (#283605)
　　　　　　　　　　　　　　　　　　　kwilson@littler.com
　　　　　　　　　　　　　　　　　　　Stephanie Marie Laws (#00396174)
　　　　　　　　　　　　　　　　　　　smlaws@littler.com
　　　　　　　　　　　　　　　　　　　**LITTLER MENDELSON, P.C.**
　　　　　　　　　　　　　　　　　　　1300 IDS Center
　　　　　　　　　　　　　　　　　　　80 South 8th Street
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402.2136
　　　　　　　　　　　　　　　　　　　Telephone: 612.630.1000

　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**