UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Roger Becker, Jill Bley, and Janel Nnaji, | Court File No. 0:14-cv-05104-JRT-BRT |
| Plaintiffs, | |
| vs. | **AFFIDAVIT OF KATHRYN MRKONICH WILSON** |
| Jostens, Inc., | |
| Defendant. | |

STATE OF MINNESOTA)
            ) ss.
COUNTY OF HENNEPIN)

I, Kathryn Mrkonich Wilson, being first duly sworn, state and allege as follows:

1. I am one of the attorneys representing Defendant Jostens, Inc. in the above-referenced action. I submit this Affidavit in support of Defendant's Renewed Motion to Sever Claims.

2. Attached hereto as Exhibit A are true and accurate excerpted pages and exhibits of the Deposition of Roger Becker, taken on June 15, 2015 (Confidential Exhibits 1, 23, 40, and 44 Filed Under Seal).

3. Attached hereto as Exhibit B are true and accurate excerpted pages and exhibits of the Deposition of Natalie Stute, taken on August 5, 2015 (Confidential Exhibit 57 Filed Under Seal).

4. Attached hereto as Exhibit C are true and accurate excerpted pages and exhibits of the Deposition of Julie A. Maeyaert, taken on September 11, 2015 (Confidential Exhibit 100 Filed Under Seal).

5. Attached hereto as Exhibit D are true and accurate excerpted pages of the Deposition of Tammy Ann Kimbler, taken on October 21, 2015

6. Attached hereto as Exhibit E are true and accurate excerpted pages and exhibits of the Deposition of Jill Bley, taken on June 19, 2015 (Confidential Exhibit 37 Filed Under Seal).

7. Attached hereto as Exhibit F are true and accurate excerpted pages of the Deposition of Jeff Peterson, taken on September 25, 2015.

8. Attached hereto as Exhibit G are true and accurate excerpted pages and exhibits of the Deposition of Janel Nnaji, taken on June 18, 2015 (Confidential Exhibit 1 Filed Under Seal).

9. Attached hereto as Exhibit H are true and accurate excerpted pages of the Deposition of Barbara Jenos, taken on September 22, 2015.

10. Attached hereto as Exhibit I are true and accurate excerpted pages of the Deposition of Kelly L. Karsky, taken on October 23, 2015.

11. Attached hereto as Exhibit J is a Chart of Disparate Allegations – By Plaintiff.

FURTHER YOUR AFFIANT SAYETH NOT.

*s/Kathryn Mrkonich Wilson*
Kathryn Mrkonich Wilson

Subscribed and sworn to before me this
7th day of January, 2016.

*s/Michelle A. Britton*
Notary Public
Firmwide:137892163.1 076187.1016

2