# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Roger Becker, et al., | | **Court File No. 0:14-cv-05104-JRT-BRT** |
| | Plaintiffs, | |
| vs. | | **DEFENDANT'S MOTION FOR** |
| Jostens, Inc., | | **SUMMARY JUDGMENT** |
| | Defendant. | |

Defendant Jostens, Inc. respectfully moves this Court for an Order granting summary judgment to Defendant on all of Plaintiff Roger Becker's claims, and granting such further relief to which Jostens is entitled.

This Motion is made on the grounds that Becker has not demonstrated a genuine dispute as to any material fact supporting a *prima facie* case under Title VII, the MHRA, the MWA, nor has he shown that Defendant's legitimate, non-retaliatory reason for his termination was pretext for discrimination.  Becker's defamation claim likewise fails.

This Motion is based upon Rule 56 of the Federal Rules of Civil Procedure, upon the points and authorities described in Defendant's Memorandum of Law in Support of Motion for Summary Judgment, and supporting materials filed therewith, and upon the files, records and proceedings herein.

Date: February 2, 2016

*s/ Kathryn Mrkonich Wilson*
Kathryn Mrkonich Wilson (#283605)
kwilson@littler.com
Anthony de Sam Lazaro (#0390802)
adslazaro@littler.com
Claire B. Deason (#0390570)
cdeason@littler.com
**LITTLER MENDELSON, P.C.**
1300 IDS Center, 80 South 8th Street
Minneapolis, MN  55402.2136
Telephone: 612.630.1000

**ATTORNEYS FOR DEFENDANT**