UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Roger Becker, et al., | Court File No. 0:14-cv-05104-JRT-BRT |
| Plaintiffs, | |
| vs. | NOTICE OF HEARING |
| Jostens, Inc., | |
| Defendant. | |

**TO: PLAINTIFF ROGER BECKER, and his attorneys, Lawrence P. Schaefer and Peter Christian, SCHAEFER HALLEEN LLC, 412 South Fourth Street, Suite 1050, Minneapolis, MN 55415**

PLEASE TAKE NOTICE that at a date and time to be determined, in accordance with the Pretrial Scheduling Order (Dkt. 14), before the Honorable John R. Tunheim, Chief Judge of the United States District Court for the District of Minnesota, 300 South Fourth Street, Minneapolis, Minnesota 55415, Courtroom 15, Defendant Jostens, Inc., through its undersigned counsel, will bring a motion pursuant to Rule 56 of the Federal Rules of Civil Procedure, as set forth in its Motion for Summary Judgment.

Date: February 2, 2016

*s/ Kathryn Mrkonich Wilson*
Kathryn Mrkonich Wilson (#283605)
kwilson@littler.com
Anthony de Sam Lazaro (#0390802)
adslazaro@littler.com
Claire B. Deason (#0390570)
cdeason@littler.com
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone: 612.630.1000

**ATTORNEYS FOR DEFENDANT**