## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| ROGER BECKER, | Civil No. 14-5104 (JRT/BRT) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| JOSTENS, INC., | |
| Defendant. | |

David McDonald, Lawrence Schaefer, Peter Christian, **SCHAEFER HALLEEN LLC,** 412 South Fourth Street, Suite 1050, Minneapolis, MN 55415, for plaintiff.

Anthony De Sam Lazaro, Kathryn Mrkonich Wilson, Claire B. Deason, **LITTLER MENDELSON, P.A.,** 1300 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, for defendant.

This matter came before the Court on the stipulation of the parties for an order dismissing all of the parties' claims in this case. Based on the stipulation between Plaintiffs and the Defendants and all the other files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that all claims against in this case are hereby **DISMISSED** in their entirety, on the merits and with prejudice. The Plaintiffs and the Defendant shall each bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

-2-

Dated: November 28, 2016
at Minneapolis, Minnesota

                                                  s/John R. Tunheim
                                                  JOHN R. TUNHEIM
                                                  Chief Judge
                                                  United States District Court

121661264V1 0942511